AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: LA19-5175M | Date and time warrant executed: 12/5/2019  9:48 p.m. | Copy of warrant and inventory left with: Patricia Neal |

Inventory made in the presence of :
SA Louis Rodriguez

Inventory of the property taken and name of any person(s) seized:

See attached "Receipt for Property" document (2 pages).

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/27/2019

_____
Executing officer's signature

Lisa Boylan, Special Agent
Printed name and title

FD-597 (Rev. 4-13-2015)

Page 1 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 281C-LA-3178825

On (date): 12/05/2019

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Patricia Neal

(Street Address) 618 E. Fairview Blvd

(City) Inglewood, CA

Description of Item(s): ① Black Heckler and Koch handgun (Serial number: 26-088178) with 4 black magazines ② Small plastic bag of blue pills marked with "A215" ③ Black Walther gun box (empty) S/N: WB036289 ④ Two Chrome Walther "PK380" magazines, loaded ⑤ Press Key ⑥ Suspected fentanyl in bag ⑦ Pill bottle w/ small bag containing fentanyl ⑧ Lactose bottle containing suspected fentanyl pills ⑨ Bag containing suspected fentanyl powder ⑩ Bag containing 2 electric coffee bean grinders ⑪ 2 bags containing Cellulose powder ⑫ Large bag of suspected fentanyl ⑬ Bag of suspected Methamphetamine ⑭ 3 Digital scales ⑮ Tupperware with unknown white powder ⑯ 2 Respirators ⑰ Bag of suspected fentanyl ⑱ USPS mailing envelope ⑲ ziploc bag of suspected fentanyl ⑳ Jar of suspected fentanyl ㉑ Bag of various pill press parts ㉒ 4 pill bottles containing suspected fentanyl pills ㉓ Orange bottle containing suspected fentanyl pills ㉔ Red & Clear tupperware containing suspected fentanyl powder ㉕ Red & clear tupperware containing suspected fentanyl powder ㉖ glass bottle with suspected fentanyl powder ㉗ white bottle w/ suspected fentanyl powder ㉘ Black respiratory mask

Received By: _(Signature)_

Printed Name/Title: Patricia Neal

Received From: _(Signature)_

Printed Name/Title: Lisa Gaylan, SA

FD-597 (Rev. 4-13-2015)                                    Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 281C-LA-3178825

On (date): 12/05/2019

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Patricia Neal

(Street Address) 618 E Fairview

(City) Inglewood, CA

Description of Item(s): (29) 2 HP Laptops, Gray (30) 2 pill bottles w/ suspected fentanyl pills (31) Large white bottle w/ unknown substance (32) 2 Large orange bottles of white powder (33) 11 24oz containers of lactose powder

Received By: (Signature)
Printed Name/Title: Patricia Neal

Received From: (Signature)
Printed Name/Title: Lisa Balan, SA